## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MICHAEL WALLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 8:18-cv-01774-EAK-TGW |
| GC SERVICES, LP, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF SETTLEMENT

Plaintiff, MICHAEL WALLS, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: August 13, 2018        By:  /s/ Shireen Hormozdi
                                              Shireen Hormozdi
                                              Hormozdi Law Firm, LLC
                                              1770 Indian Trail Lilburn Road, Suite175
                                              Norcross, GA 30093
                                              Tel: 678-395-7795
                                              Fax: 866-929-2434
                                              shireen@agrusslawfirm.com
                                              shireen@norcrosslawfirm.com
                                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On August 13, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Shireen Hormozdi
Shireen Hormozdi