## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MICHAEL WALLS, | ) |
| Plaintiff, | ) |
| v. | )  No. 8:18-cv-01774-EAK-TGW |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MICHAEL WALLS, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, GC SERVICES, LP.

DATED: August 31, 2018      By: /s/ Shireen Hormozdi_____
                                  Shireen Hormozdi
                                  Hormozdi Law Firm, LLC
                                  1770 Indian Trail Lilburn Road, Suite175
                                  Norcross, GA 30093
                                  Tel: 678-395-7795
                                  Fax: 866-929-2434
                                  shireen@agrusslawfirm.com
                                  shireen@norcrosslawfirm.com
                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On August 31, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice Voluntary Dismissal to Defense Counsel.

By: /s/ Shireen Hormozdi
Shireen Hormozdi